JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

- **Place of Offense:** Suffolk
- **Category No.:** III
- **Investigating Agency:** USCIS/ERO
- **City:** Boston
- **County:** Suffolk

**Related Case Information:**
- Superseding Ind./Inf.:
- Case No.: 25-3346-JDH
- Same Defendant:
- New Defendant:
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? [ ] Yes [ ] No

**Defendant Information:**
- Defendant Name: Wellington Robert GUZMAN Tejeda
- Juvenile: [ ] Yes [✓] No
- Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
- Alias Name:
- Address: Nashua Street Jail
- Birth date (Yr only): 1998
- SSN (last 4#):
- Sex: M
- Race:
- Nationality: Dominican Rep.

**Defense Counsel if known:**
- Address:
- Bar Number:

**U.S. Attorney Information**
- AUSA: Torey Cummings
- Bar Number if applicable:

- **Interpreter:** [✓] Yes [ ] No — List language and/or dialect: Spanish
- **Victims:** [ ] Yes [✓] No — If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No
- **Matter to be SEALED:** [ ] Yes [✓] No
- [✓] Warrant Requested  [ ] Regular Process  [ ] In Custody
- **Location Status:** Nashua Street Jail
- **Arrest Date:**
- [ ] Already in Federal Custody as of _____ in _____
- [✓] Already in State Custody at Nashua Street Jail   [ ] Serving Sentence   [✓] Awaiting Trial
- [ ] On Pretrial Release: Ordered by: _____ on _____

- **Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
- **Total # of Counts:** [ ] Petty  [✓] Misdemeanor 1  [ ] Felony

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/13/2025    Signature of AUSA: *Torey B. Cummings*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1325 | Eluding inspection by immigration officers | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013